IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 29 2024
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:24-cr-11-KHJ-LGI

TONARRI MOORE

**ORDER OF DETENTION AND ORDER REVOKING BOND**
**AND CONDITIONS OF RELEASE**

This matter came before the Court on the Petition for Action on Conditions of Pretrial Release [Docket No. 22]. The defendant confessed the allegations of the petition and advised that he did not wish to go forward with a hearing. Accordingly, the undersigned finds that the Appearance Bond [14] and Order Setting Conditions of Release (13) should be and are hereby revoked and orders that Defendant be detained until trial or other final disposition of this case.

IT IS THEREFORE, ORDERED that Tonarri Moore's bond and Order Setting Conditions of Release are hereby revoked and he is remanded to the custody of the U.S. Marshal.

SO, ORDERED on the 28th day of May, 2024.

UNITED STATES MAGISTRATE JUDGE