AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 31 2024
ARTHUR JOHNSTON
BY ______ DEPUTY

United States of America
v.
Tonarri Moore
(Wherever Found)

Defendant

Case No. 3:24cr11KHJ-LGI

**RECEIVED**
**By US Marshals at 8:11 am, May 28, 2024**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Tonarri Morre ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Release

ARTHUR JOHNSTON, CLERK

Date: 05/26/2024

M Beard
*Issuing officer's signature*

City and state: Jackson, MS

M. Beard, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/28/2024 , and the person was arrested on *(date)* 05/28/2024
at *(city and state)* Jackson, MS .

Date: 05/28/2024

[signature]
*Arresting officer's signature*

Dusin J. Morgan
*Printed name and title*